## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

SANDRA HIDENRICK, individually and on
behalf of all others similarly situated,

         *Plaintiff,*

         *v.*

AFFILIATED MONITORING, INC., et al,

         *Defendants.*

Case No. 2:18-cv-11214

### NOTICE OF SETTLEMENT

Plaintiff Sandra Hidenrick hereby gives notice that the parties have reached a settlement in principle of Plaintiff's individual claims, and respectfully requests that all current deadlines be suspended for 30 days to allow the parties to memorialize their settlement in a written agreement.

Dated: July 1, 2019

        */s/ Stefan L. Coleman*
        Stefan Coleman
        Law Offices of Stefan Coleman, P.A.
        law@stefancoleman.com
        1072 Madison Ave. Suite 1
        Lakewood, NJ 08701
        Phone: (877) 333-9427
        Fax: (888) 498-8946

        Avi R. Kaufman (*pro hac vice*)
        KAUFMAN P.A.
        400 NW 26TH Street
        Miami, Florida 33127
        Telephone: (305) 469-5881
        Email: kaufman@kaufmanpa.com

        *Counsel for Plaintiff Sandra Hidenrick and the putative classes*