IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDRA HIDENRICK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AFFILIATED MONITORING, INC., et al,<br><br>*Defendants*. | Case No. 2:18-cv-11214 |

## STIPULATED NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Sandra Hidenrick and Defendants Affiliated Monitoring, Inc. and Lifestation, Inc. hereby agree to the dismissal with prejudice of Plaintiff's individual claims and without prejudice to the putative classes' claims, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 22, 2019

/s/ *Stefan Coleman*
Stefan Coleman
Law Offices of Stefan Coleman, P.A.
law@stefancoleman.com
1072 Madison Ave. Suite 1
Lakewood, NJ 08701
Phone: (877) 333-9427
Fax: (888) 498-8946

Avi R. Kaufman (*pro hac vice*)
KAUFMAN P.A.
400 NW 26TH Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Counsel for Plaintiff Sandra Hidenrick and the putative classes*

/s/ *Lisa A. Messner*
Lisa A. Messner (Admitted *Pro Hac Vice*)
MAC MURRAY & SHUSTER LLP
6530 West Campus Oval, Suite 210
New Albany, Ohio 43054
lmessner@mslawgroup.com
Telephone: (614) 939-9955
Fax: (614) 939-9954

Thomas O. Johnston (#040061998)
Johnston Law Firm LLC
75 Midland Ave. Suite 1
Montclair, NJ 07042
tjohnston@johnstonlawfirmllc.com
Phone: (973) 447-4610
Fax: (973) 447-4611

Counsel for Defendants

**DONE AND ORDERED** in Newark, New Jersey this 23rd day of July, 2019.

_____
HON. ESTHER SALAS
UNITED STATES DISTRICT JUDGE